PATRICIA E. LYDDAN *v*. WILLIAM C. LYDDAN

The defendant's motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*L. Douglas Shrader,* for the appellee (defendant).

*Patricia E. Lyddan,* pro se, the appellant (plaintiff).

Argued April 3—decided April 3, 1973

WILLIAM C. LYDDAN *v*. PATRICIA E. LYDDAN

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*L. Douglas Shrader,* for the appellee (plaintiff).

*Patricia E. Lyddan,* pro se, the appellant (defendant).

Argued April 3—decided April 3, 1973

DIMENSIONAL PIGMENTS, INC. *v*. INSTANT COLOR AND CHEMICALS, INC., ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Emanuel Margolis,* for the appellee (plaintiff).

*Sturges N. Laros* and *Stuart I. Levin,* for the appellant (defendant).

Argued April 3—decided April 3, 1973